# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SUSAN ANN RUGGLES, | : No. 19 MM 2023 |
| Petitioner | : |
| v. | : |
| JOSHUA S. SWITZER, HENRY ROOTE, MICHAEL MCNEAL, BRIAN J. TUPPER, DAVID A. BARILLA, JOSEPH F. SKLAROSKY JR., MICHAEL T. VOUGH, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of May, 2023, the Application for Leave to File Original Process and the "Writ of Quo Warranto/Mandamus" are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is improper).

The Prothonotary is DIRECTED to forward the filings to counsel of record and to strike the names of the jurists from the caption.